UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE TUCK,<br><br>                           Plaintiff,<br><br>v.<br><br>AMERICAN ACCOUNTS &<br>ADVISORS INC.<br>a foreign corporation, identity unknown,<br>EQUIFAX, INC.<br>a national credit reporting agency<br>DOES 1 thru 10, inclusively,<br><br>                           Defendants. | Case No.: 3:19-cv-0671-GPC-NLS<br><br>**ORDER DIRECTING U.S. MARSHAL TO EFFECT SERVICE UPON DEFENDANTS PURSUANT TO 28 U.S.C. § 1915(d) AND Fed. R. Civ. P. 4(c)(3)** |

     Plaintiff, proceeding *pro se*, filed a complaint against American Accounts & Advisors Inc. ("AAA") for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"), the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), and the California Rosenthal Fair Debt Collections Practices Act, Cal. Civ. Code § 1785 et seq.  (ECF No. 1.)  She additionally included claims against both AAA and Equifax, Inc. ("Equifax") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), and California's Consumer Credit Reporting

Agencies Act, Cal. Civ. Code § 1788 et seq. (Id.) She also filed a motion for leave to proceed in forma pauperis. (ECF No. 2.)

On June 28, 2019, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and conducted a *sua sponte* review of the Complaint concluding the Complaint had sufficiently stated a claim. (ECF No. 3.) Accordingly, the Court DIRECTS the Clerk of Court to issue a summons as to Plaintiff's Complaint, (ECF No. 1), and to forward it to Plaintiff along with a blank U.S. Marshal Form 285 for Defendants. In addition, the Clerk will provide Plaintiff with a certified copy of this Order, a certified copy of his Complaint, and the summons so that he may serve Defendants. Upon receipt of this "IFP Package," Plaintiff must complete the Form 285 as completely and accurately as possible and return it to the United States Marshal according to the instructions the Clerk provides in the letter accompanying his IFP package. The U.S. Marshal is ORDERED to serve a copy of the Complaint and summons upon Defendants as directed by Plaintiff on the USM Form 285 provided to him. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

IT IS SO ORDERED.

Dated: August 29, 2019

Hon. Gonzalo P. Curiel
United States District Judge